| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 3:01CR00284-2 |
| | DOCKET NUMBER *(Rec. Court)* 07 CR 102.14 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Josie Torres<br>3B Carlson Road<br>Framingham, Massachusetts | CONNECTICUT | HARTFORD |
| | NAME OF SENTENCING JUDGE<br>Dominic J. Squatrito | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/21/06 — TO 4/20/09 |

**OFFENSE**

18:951; Affecting Commerce by Robbery and Violence
18: 922(g); Felon in Possession of Firearm

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

6/19/07
Date                                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 20, 2007
Effective Date                                                        United States District Judge