**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

ROBIN TABORA
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

www.ctd.uscourts.gov
November 30, 2007

*Rec'd 12/3/07 2:15 P.M.*

John Joseph Moakley United States
 Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210-3002

Dear Sir:

      RE: USA v. Josie Torres
         Your case # 07cr10214
         Our case # 01cr284

    Enclosed is the Transfer of Jurisdiction, certified copies of the Indictment, Judgment and docket sheet referencing the above-captioned probationer.

    Also enclosed you will find an additional copy of this letter and a self-addressed stamped envelope for purposes of acknowledging receipt of this Transfer.

                Very truly yours,

                ROBIN TABORA, CLERK

                Bonnie P. D'Onofrio,
                Deputy Clerk.

Enclosures
bpd